UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

————————————————————————x
                         :

IN RE MICROSOFT CORP.            :
ANTITRUST LITIGATION         :

                         :   MDL No. 1332
This Document Relates To:      :   Hon. J. Frederick Motz

                         :
*Christine Barton* v. *Microsoft Corp.* (No. JFM-02-3742)  :
*Joey Bruce* v. *Microsoft Corp.* (No. JFM-02-3739)  :
*Karl Green* v. *Microsoft Corp.* (No. JFM-02-3743)  :
*Renae Lucas* v. *Microsoft Corp.* (No. JFM-02-3741)  :
*David Perry* v. *Microsoft Corp.* (No. JFM-02-3740)  :
————————————————————————x

## MICROSOFT'S MOTION TO DISMISS FIVE COMPLAINTS ASSERTING MISSISSIPPI STATE-LAW CLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Microsoft Corporation moves this Court for an order dismissing the following complaints in their entirety: *Christine Barton* v. *Microsoft Corp.*, (No. JFM-02-3742), *Joey Bruce* v. *Microsoft Corp.* (No. JFM-02-3739), *Karl Green* v. *Microsoft Corp.*, (JFM-02-3743), *Renae Lucas* v. *Microsoft Corp.*, (No. JFM-02-3741), and *David Perry* v. *Microsoft Corp.* (No. JFM-02-3740).

The reasons for this motion are set forth in Microsoft's Memorandum in Support of Its Motion to Dismiss Five Complaints Asserting Mississippi State-Law Claims.

September 2, 2003

*Of Counsel*:

Charles B. Casper
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania  19109
(215) 772-1500


Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
(425) 936-8080


*Attorneys for Microsoft Corporation*

Respectfully submitted,

By: _____

   David B. Tulchin
   Joseph E. Neuhaus
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

   Michael F. Brockmeyer
     (Fed. Bar No. 02307)
   Jeffrey D. Herschman
     (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000

## CERTIFICATE OF SERVICE

I, Jeffrey D. Herschman, hereby certify that a true and correct copy of the

attached Microsoft's Motion to Dismiss Five Complaints Asserting Mississippi State-

Law Claims was served on September 2, 2003 upon the following by United States mail,

first class, postage prepaid:

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

Brent Hazzard
Hazzard Law
134 East Amite Street
Jackson, Mississippi 39201

Christopher W. Cofer
Cofer & Associates, P.A.
2506 Lakeland Drive
Suite 600
Jackson, Mississippi 39232

Jeffrey D. Herschman