IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. | * | |
| ANTITRUST LITIGATION | * | MDL 1332 |
| | * | |
| This document relates to: | * | |
| | * | |
| CHRISTINE BARTON | * | |
| | * | |
| v. | * | Civil No. JFM-02-3742 |
| | * | |
| MICROSOFT CORPORATION | * | |
| | * | |
| ***** | | |
| | * | |
| JOEY BRUCE | * | |
| | * | |
| v. | * | Civil No. JFM-02-3739 |
| | * | |
| MICROSOFT CORPORATION | * | |
| | * | |
| ***** | | |
| | * | |
| KARL GREEN | * | |
| | * | |
| v. | * | Civil No. JFM-02-3743 |
| | * | |
| MICROSOFT CORPORATION | * | |
| | * | |
| ***** | | |
| | * | |
| RENAE LUCAS | * | |
| | * | |
| v. | * | Civil No. JFM-02-3741 |
| | * | |
| MICROSOFT CORPORATION | * | |
| | * | |
| ***** | | |
| | * | |
| DAVID PERRY | * | |
| | * | |
| v. | * | Civil No. JFM-02-3740 |

|  |  |
|---|---|
| MICROSOFT CORPORATION | *<br>*<br>***** |

ORDER

For the reasons stated in the August 25, 2003 memorandum in *Henry Mascagni v. Microsoft Corp.*, JFM-03-743, *et al.*, it is, this 30th day of April 2004

ORDERED that

1. Defendant's motions to dismiss are granted; and

2. These cases are closed.

/s/
J. Frederick Motz
United States District Judge